**Clotilde C. JIMENEZ, Plaintiff-Appellant,**

v.

**WELLS FARGO BANK, N.A.; Select Portfolio Servicing, Inc.; Shapiro & Brown, LLP, Defendants-Appellees.**

No. 16-1926

United States Court of Appeals, Fourth Circuit.

Submitted: January 10, 2017

Decided: March 9, 2017

Clotilde C. Jimenez, Appellant Pro Se. Brian Montgomery Barnwell, Matthew Douglas Patterson, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Columbia, South Carolina, Nathan Ira Brown, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Huntington, West Virginia, Sarah Reimers McIntee, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Washington, D.C., for Appellees.

Before THACKER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clotilde C. Jimenez appeals the district court's order granting Defendants' motion to dismiss the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jimenez v. Wells Fargo Bank, N.A., No. 1:16-cv-00624-CMH-MSN, 2016 WL 4059161 (E.D. Va. filed July 26, 2016; entered July 27, 2016). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED